UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO. 09-12676 |
| | * | |
| SOUTH LOUISIANA ETHANOL, L.L.C. | * | SECTION "A" |
| | * | |
| Debtors. | * | CHAPTER 11 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| | * | |
| SOUTH LOUISIANA ETHANOL, L.L.C. | * | |
| *Plaintiff* | * | |
| | * | Adversary No.: 09-01119 |
| VERSUS | * | |
| | * | |
| WHITNEY NATIONAL BANK, ET AL. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**BENCHMARK DESIGN USA, INC. MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION FOR LEAVE TO INTERVENE IN ADVERSARY
PROCEEDING PURSUANT TO BANKRUPTCY RULE 7024**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

In support of its Motion for Leave to Intervene in Adversary Proceeding Pursuant

to Bankruptcy Rule 7024, Proposed Intervenor Benchmark Design USA, Inc.

('Benchmark") states and avers as follows:

**I.      LEGAL BASIS FOR INTERVENTION**

Federal Rule 24(a)(2), made applicable to this adversary proceeding by

Bankruptcy Rule 7024, provides that a party in interest may intervene in a proceeding as

a matter of right upon (1) a timely motion, and if the party seeking to intervene

demonstrates that:   (2) it holds a claim relating to property that is the subject of the

immediate lawsuit; (3) the disposition of the instant dispute may, as a practical matter,

impair or impede its ability to protect that interest; and (4) its interests would not be

adequately represented by the existing parties. *See Haspel & Davis Milling & Planting Co. v. Bd. Of Levee Comm'rs of the Orleans Levee Dist.*, 493 F.3d 570, 578 (5th Cir. 2007) (citations omitted). The Fifth Circuit has also stated that the inquiry under Rule 24(a)(2) is to be flexible rather than a technical checklist and "should generally be allowed where no one would be hurt and greater justice could be attained." *Ross v. Marshall*, 426 F.3d 745, 753 (5th Cir. 2005)(citing *Edwards v. City of Houston*, 78 F.3d 983, 999 (5th Cir. 1996).

## II.   FACTUAL BASIS FOR INTERVENTION

On or about August 25, 2009, the Debtor/Plaintiff in Adversary Proceeding South Louisiana Ethanol, L.L.C. filed for Chapter 11 bankruptcy and filed a concurrent adversary proceeding for a declaratory judgment seeking a determination "whether the defendants or any intervenors have a valid, perfected security interest in Debtor's property and if so, the rank, priority, timeliness, and extent of that security interest." South Louisiana Ethanol made several known lienholders party to the adversary action, but did not make Benchmark, also a lienholder, a party, thereby necessitating the instant Motion for Leave to Intervene.

In accordance with the Proof of Claim and supporting documentation appended hereto collectively as Exhibit A, Benchmark provided goods and services to South Louisiana Ethanol, L.L.C. for which it has not been paid. The amount outstanding is $2,008,370.75 as of the date of SLE's bankruptcy filing, which is secured by a materialman's lien in the amount of $1,928,632.03 filed on February 17, 2009 with the Plaquemines Parish Clerk of Court. Such filing is appended hereto as part of Exhibit A. Based on Debtor's prior filings, it appears that several creditors made parties to the

adversary proceeding also have liens against this same property.  As such, to protect its valid and perfected interests in this property, Benchmark seeks leave to intervene.

WHEREFORE, Proposed Intervenor Benchmark Design USA, Inc. seeks leave to intervene in the above-captioned adversary proceeding and prays that the Court grant such leave.

Dated:  November 24, 2009

Respectfully submitted,

**COTTEN SCHMIDT & ABBOTT, L.L.P.**

By:     /s/ Byron D. Kitchens
LAWRENCE E. ABBOTT (#2276)
larry-abbott@csa-lawfirm.com
BYRON D. KITCHENS (#25129)
bkitchens@csa-lawfirm.com
400 Lafayette Street, Suite 200
New Orleans, Louisiana 70130
Telephone:  (504) 568-9393
Facsimile:  (504) 524-1933

**ATTORNEYS FOR CREDITOR/
PROPOSED INTERVENOR
BENCHMARK DESIGN USA, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 24, 2009 a copy of *Cotten Schmidt & Abbott, L.L.P.'s Memorandum in Support of Unopposed Motion for Leave to Intervene* was served on all parties or their representative through the Court's ECF System.

_____/s/ Byron D. Kitchens_____
BYRON D. KITCHENS